IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 04 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

MARILYN SAN FELIPPO, INDIVIDUALLY AND AS
SPECIAL ADMINISTRATRIX OF THE ESTATES OF
JOHN SAN FELIPPO AND JERSEY SAN FELIPPO     PLAINTIFF

V.     NO. 4:12-CV-265-DPM

HARTFORD UNDERWRITERS INSURANCE COMPANY     DEFENDANT

This case assigned to District Judge Marshall
and to Magistrate Judge Volpe

NOTICE OF REMOVAL

Comes Defendant, Hartford Underwriters Insurance Company, by and through its undersigned counsel, Charles H. Crocker, Jr., and pursuant to 28 U.S.C. §1446 invokes this Court's jurisdiction under the provisions of 28 U.S.C. §1441(a) and states the following grounds for removal:

1.   On or about April 16, 2012, Plaintiff filed her Complaint in the Circuit Court of Faulkner County, Arkansas, alleging negligence. A true and correct copy of the Complaint and Summons is attached hereto as Exhibit "A". The cause of action described in those papers was brought in the Circuit Court of Faulkner County, Arkansas, with style and caption as *Marilyn San Felippo, Individually and as Special Administratrix of the Estates of John San Felippo and Jersey San Felippo v. Hartford Underwriters Insurance Company* and assigned Cause No. NO. 23-CV 12-329 (the "state court action").

2.   On April 19, 2012, Defendant was served with a copy of Plaintiff's Complaint.

3.   28 U.S.C. §1446(b) provides that a notice of removal may be filed within 30 days after receipt by the Defendant of the initial pleading. As such, Defendant's Notice of Removal is timely filed under 28 U.S.C. §1446(b).

4.   Pursuant to 28 U.S.C. §1446(a), the state court action, which was commenced in the Circuit Court of Faulkner County, Arkansas, may be removed to this Federal District

Court, being the United States District Court for the Eastern District of Arkansas, Western Division, which embraces Faulkner County, Arkansas within its jurisdiction.

5. At all times relevant to the Plaintiff's Complaint, she was a resident and citizen of Faulkner County, Arkansas.

6. At all times relevant to Plaintiff's complaint, Defendant was incorporated in Connecticut and its principal place of business was in Connecticut.

7. In her Complaint, Plaintiff seeks a sum in excess of $75,000, the minimum jurisdictional limit for a Federal Court jurisdiction.

8. As there is diversity of citizenship and the matter in controversy exceeds $75,000, the case can be removed pursuant to 28 U.S.C. §1332.

9. Pursuant to 28 U.S.C. §1446(a), Defendant has attached to this Notice of Removal a copy of all process, pleadings and orders served upon it in the state court action.

10. Pursuant to 28 U.S.C. §1446(d), Defendant will give written notice of this removal to all parties in the state court action and will file a copy of this Notice of Removal with the clerk of the state court action.

**WHEREFORE,** Defendant, Hartford Underwriters Insurance Company, prays this Notice be granted and that said action be removed in its entirety from the Circuit Court of Faulkner County, State of Arkansas to the United States District Court, Eastern District of Arkansas, Western Division, as provided by law.

SMITH, WILLIAMS, & MEEKS, L.L.P.
Attorneys at Law
Arvest Bank Building
500 Broadway Place, Suite 404
Little Rock, Arkansas  72201-3343
(501) 372-0401
Attorneys for Defendant

By: _____
CHARLES H. CROCKER, JR.
BAR NO. 2003181


CERTIFICATE OF SERVICE

A true and correct copy of the foregoing notice has been provided to Mr. John Ogles, Ogles Law Firm P.A., Post Office Box 891, Jacksonville, AR 72078, this 4th day of May, 2012

_____
CHARLES H. CROCKER, JR.

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS
SECOND DIVISION
SUMMONS

MARILYN SAN FELIPPO, INDIVIDUALLY
AND AS SPECIAL ADMINISTRATRIX OF
THE ESTATES OF JOHN SAN FELIPPO
AND JERSEY SAN FELIPPO                                          PLAINTIFF

23CV-12-329

HARTFORD UNDERWRITERS INSURANCE COMPANY          DEFENDANT

PLANTIFF'S ATTORNEY:     OGLAS LAW FIRM P.A.
                         200 S. JEFF DAVIS
                         P.O. BOX 891
                         JACKSONVILLE, AR 72087

THE STATE OF ARKANSAS TO DEFENDANT: HARTFORD UNDERWRITERS INSURANCE COMPANY

NOTICE

1. You are hereby notified that a complaint has been filed against you; the relief asked is stated in the attached Complaint.

2. The attached Complaint may be considered admitted by you and a judgment by default may be entered against you for the relief asked in the Complaint unless you file a pleading and thereafter appear and present your defense. Your pleading or answer must meet the following requirements:

   A. It must be in writing, and otherwise comply with the Arkansas Rules of Civil Procedure.
   B. It must be filed in the Circuit Clerk's Office within 30 days from the day you were served with this summons.

3. If you desire to be represented by an attorney, you should immediately contact your attorney so that and answer can be filed for you within the time allowed.

4. ADDITIONAL NOTICES:

   Witness my hand and the seal of the Court this 16th day of April, 2012.

Address of Clerk's Office:          RHONDA WHARTON, CLERK
Faulkner County Courthouse
801 Locust Street                   BY_____/s/ M Williams_____ D.C.
Conway, AR 72034

## Return of Service

On the _____ day of _____, 20__, I have duly served the within _____ by delivering a copy and stating the substance thereof, to the within named _____ in the county of _____, as I am hereby commanded.

_____, SHERIFF
_____, D.S.

Filed the _____ day of _____ 2012
RHONDA WHARTON, CLERK
BY_____D.C.