# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**MARILYN SAN FELIPPO**
**Individually and as Special Administratrix**
**of the Estates of John San Felippo and Jersey**
**San Felippo**                                                   **PLAINTIFF**

v.                                    **No. 4:12-cv-265-DPM**

**HARTFORD UNDERWRITERS**
**INSURANCE COMPANY**                                 **DEFENDANT**

## JUDGMENT

The parties have agreed to dismiss this case.  № 13.  San Felippo's

complaint is therefore dismissed without prejudice.  FED. R. CIV. P.

41(a)(1)(A)(ii). Hartford's motion for summary judgment, № 10, is denied as

moot.


_____
D.P. Marshall Jr.
United States District Judge

18 July 2013