IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARILYN SAN FELIPPO
Individually and as Special Administratrix
of the Estates of John San Felippo and Jersey
San Felippo                                                                              PLAINTIFF

v.                                    No. 4:12-cv-265-DPM

HARTFORD UNDERWRITERS
INSURANCE COMPANY                                                              DEFENDANT

## JUDGMENT

The parties have agreed to dismiss this case. № 13. San Felippo's complaint is therefore dismissed without prejudice. FED. R. CIV. P. 41(a)(1)(A)(ii). Hartford's motion for summary judgment, № 10, is denied as moot.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 July 2013